UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. FLIERL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>D. GARCIA and M.A. MARTINEZ,<br><br>　　　　　Defendants. | Case No. 1:18-cv-00686-LJO-BAM<br><br>ORDER ON PLAINTIFF'S IN FORMA PAUPERIS APPLICATION<br><br>(ECF No. 2)<br><br>**TWENTY (20) DAY DEADLINE** |

Plaintiff Mark Flierl filed this action on May 18, 2018. (ECF No. 1.) Plaintiff did not pay the filing fee in this action and instead filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF No. 2.) However, Plaintiff's application was not adequately completed. Plaintiff indicated that he has received gifts or inheritance, but did not state the "source of the money" or "the amount received." Plaintiff also states that he owns stocks and bonds, but did not respond to the question on the in forma pauperis form asking Plaintiff to "describe the property and state its value." Finally, in response to the question of whether Plaintiff has any cash or checking or savings accounts, Plaintiff stated yes but indicated that the value is "unknown."

Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. Plaintiff must adequately answer the questions presented on the form. If Plaintiff is unwilling to complete and

1

submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The Clerk of the Court is directed to forward an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff;
2. Within **twenty (20) days** of the date of this order, Plaintiff shall either (1) pay the $400.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239; and
3. If Plaintiff fails to comply with this order, this action shall be dismissed.

IT IS SO ORDERED.

Dated: **June 1, 2018**          /s/ *Barbara A. McAuliffe*
                                                           UNITED STATES MAGISTRATE JUDGE