# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. FLIERL,<br><br>          Plaintiff,<br><br>    v.<br><br>D. GARCIA and M.A. MARTINEZ, et al.,<br><br>          Defendants. | Case No. 1:18-cv-00686-LJO-BAM<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BE DENIED<br><br>(ECF Nos. 2, 4)<br><br>**FOURTEEN (14) DAY DEADLINE** |

Plaintiff Mark Flierl ("Plaintiff") is proceeding pro se in this civil matter. Plaintiff initiated this action on May 18, 2018. (Doc. 1). On the same day, Plaintiff filed an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2). Based on deficiencies in his initial IFP application, the Court ordered Plaintiff to complete and file a long form application.

According to Plaintiff's long-form application to proceed without prepaying fees or costs, he is "living on his savings account" totaling "$90,000.00." Combined with his spouse, Plaintiff also has $167,000.00 in an IRA account. (ECF No. 4 at 3). Plaintiff does not own a home, but he does not have a rent or home-mortgage payment. Plaintiff also spends $200.00 a month in entertainment and $200.00 a month on cigarettes. (ECF No. 4 at 4).

The Court finds that Plaintiff has not made the showing required by section 1915(a) that he is unable to pay the required fees for this action. Accordingly, the Court HEREBY

1

RECOMMENDS that:

1. Plaintiff's application to proceed without prepayment of fees and costs (ECF Nos. 2, 4) be DENIED; and

2. Plaintiff be required to pay the $400.00 filing fee in full to proceed with this action.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (*citing Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **June 14, 2018**          /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE