# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK C. FLIERL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. GARCIA and M.A. MARTINEZ,<br><br>　　　　Defendants. | Case No. 1:18-cv-00686-LJO-BAM<br><br>ORDER DIRECTING CLERK TO ISSUE NEW CASE DOCUMENTS<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS<br><br>ORDER DENYING PLAINTIFF'S IN FORMA PAUPERIS APPLICATIONS AS MOOT |

On June 15, 2018, the Court issued Findings and Recommendations that Plaintiff's application to proceed in forma pauperis be denied and he be ordered to pay the $400.00 filing fee in full to proceed with this action. (Doc. 5.) On June 28, 2018, Plaintiff filed the filing fee in full. (See Docket.) Accordingly, the Court hereby WITHDRAWS its June 15, 2018, Findings and Recommendations (Doc. 5) and DIRECTS the Clerk of Court to issue the appropriate civil new case documents for pro se actions and summonses as to the defendants.

Further, in view of Plaintiff having paid the filing fee in full (see Docket), his applications to proceed in forma pauperis (Docs. 2 & 4) are hereby DENIED as MOOT.

IT IS SO ORDERED.

　　Dated: **July 24, 2018**　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1